UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **11/17/14**   Judge **BAKER**   Case No. **4:14CR00361 CDP NAB**

UNITED STATES OF AMERICA v. **Shoichi Okada**

Court Reporter **FTR Gold**   Deputy Clerk **K. Shirley**

Assistant United States Attorney(s) **Robert F. Livergood**

Attorney(s) for Defendant(s): **Daniel A. Juengel**

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance  ☐ Supervised Release Rev.  ☐ Detention Hearing        ☐ Preliminary Revocation
☑ Arraignment                                      ☐ Bond Review              ☐ Probation
☐ Preliminary Examination                          ☐ Bond Execution/Appearance Bond  ☐ Supervised Release
☐ Motion Hearing                                   ☐ In Court Hrg (**WAIVER OF MOTIONS**)  ☐ Competency
  ☐ Evidentiary Hearing                            ☐ Change of Plea/Sentencing  ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing          ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Additional Information: _____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond  ☐ Secured by 10%

   ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☑ Defendant arraigned    ☑ Waives reading of indictment/information    ☐ Matter taken under advisement

☑ Plea entered **not guilty**   Order on pretrial motions:  ☐ issued   ☑ to issue

   ☐ Oral Motion for Suppression                      ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____   Before _____

    ☐ Remanded to custody    ☑ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____

Proceeding commenced **9:49 am**   Proceeding concluded **9:55 am**   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.

☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.