UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:14CR00361CDP/NAB ) ) |
| SHOICHI OKADA, | ) ) ) |
| Defendant. | ) |

### DEFENDANT'S WAIVER OF SPEEDY TRIAL

Comes now, the Defendant, SHOICHI OKADA, and hereby waives his right to a Speedy Trial pursuant to 18 U.S.C., Section 3161 in connection with his request for extension of the pre-trial motion deadline. Counsel has discussed this matter with the defendant and he agrees with the decision to waive speedy trial.

_____
SHOICHI OKADA

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By /s/ Daniel A. Juengel
DANIEL A. JUENGEL (#42784MO)
Attorneys for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
(314) 725-7777

### CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

/s/ Daniel A. Juengel
DANIEL A. JUENGEL