**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Cause No. 4:14CR00361CDP(NAB)** |
| **v.** ) | |
| ) | |
| **SHOICHI OKADA,** ) | |
| ) | |
| **Defendant.** ) | |

## WAIVER OF PRETRIAL MOTIONS

Comes now, the Defendant, by counsel, and pursuant to the Court's pretrial order hereby notifies the Court that he will not be filing pre-trial motions and thus will be waiving a hearing on pre-trial motions. Counsel has discussed this matter with his client and the defendant agrees and concurs with the decision not to raise any further issues by way of pretrial motions. Counsel will be in a Jury Trial the week of August 10, 2015 and respectfully requests any waiver hearing be set afterward.

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By */s/ Daniel A. Juengel*
DANIEL A. JUENGEL (#42784MO)
Attorneys for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
(314) 725-7777

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Robert Livergood
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

                                            *s/ Daniel A. Juengel*
                                            DANIEL A. JUENGEL