UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14 CR 361 CDP |
| | ) | |
| SHOICHI OKADA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that this case is set for a combined guilty plea hearing and sentencing hearing on **Tuesday, February 2, 2016 at 3:00 p.m.** in Courtroom 14-South.   All Objections to the presentence report must be filed no later than **January 12, 2016.**   If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **January 19, 2015** except that a response to a sentencing memorandum may be filed no later than **January 26, 2016.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of November , 2015.