UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14 CR 361 CDP |
| | ) |
| SHOICHI OKADA, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO FILE UNDER SEAL**

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and hereby moves this Court to file its Document under Seal.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/Robert F. Livergood*_____
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, the foregoing was filed electronically with the Clerk of the Court, and served by e-mail upon the following:

Daniel A. Juengel
Frank, Juengel & Radelfeld
7710 Carondelet Ave., Suite 350
Clayton, MO 63105

                                          */s/ Robert F. Livergood* _____
                                          ROBERT F. LIVERGOOD, #35432MO
                                          Assistant United States Attorney