FILED
FEB - 9 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHOICHI OKADA,

    Defendant.

**WAIVER OF INDICTMENT
AND
WAIVER OF ARRAIGNMENT**

CASE NUMBER:   S1 4:14 CR 361 CDP

    I, Shoichi Okada, the above named defendant, who is accused Possessing Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B), being advised of the nature of the charge, the proposed Superseding Information, and of my rights, hereby waive in open court on February 9, 2016, prosecution by indictment, consent that the proceeding may be by information rather than indictment, and having received a copy of the Superseding Information waive arraignment.

_____
SHOICHI OKADA
*Defendant*

_____
DANIEL A. JUENGEL
*Counsel for Defendant*

Before _____
THE HONORABLE CATHERINE D. PERRY
CHIEF UNITED STATES DISTRICT JUDGE
*Judicial Officer*