# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date  2/9/16                                           Case No.  4:14-CR-00361-CDP
UNITED STATES OF AMERICA vs.  Shoichi Okada
Judge  Honorable Catherine D. Perry              Court Reporter  G. Madden
Deputy Clerk  E. Brown                                    Interpreter
Assistant United States Attorney(s)  Robert Livergood
Attorney(s) for Defendant  Daniel Juengel

**Arraignment/Waiver of Indictment/Plea:**

☑ Defendant sworn.  Defendant's age  31       Education  Medical School
☐ Defendant waives assistance of counsel ☐ Waiver filed
☑ Defendant signs waiver of indictment and consents to proceed by information
☑ Criminal ☑ superseding ☑ information ☐ indictment filed
☑ Defendant waives reading of indictment/information ☑ Defendant arraigned
☑ Defendant enters a plea of  ☑ GUILTY   ☐ NOT GUILTY
    to counts     1      of the ☑ superseding ☐ indictment ☑ information
☐ Pretrial Motions Order ☐ issued ☐ to issue

**Change of Plea:**

☑ The Court finds the defendant competent to enter a plea of guilty.
☐ By leave of Court, the defendant withdraws former plea of not guilty and enters
    a plea of guilty to count(s) _____ of the ☐ superseding ☐ information ☐ indictment
☑ Guilty Plea Agreement filed  ☐ Guilty Plea Agreement filed under seal
☐ Ordered that count(s)_____ be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant_____ are denied as moot
☐ Sentencing set_____ at_____
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE_____
☐ Defendant is remanded to custody ☑ Defendant is released on existing bond

Probation Officer  Allison Lupo

Proceedings commenced  3:01 p.m.         concluded at  3:29 p.m.