# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date: 2/9/16              Case No.: 4:14-CR-00361-CDP

UNITED STATES OF AMERICA vs. Shoichi Okada

Judge: Honorable Catherine D. Perry   Deputy Clerk: E. Brown   Court Reporter: G. Madden
Interpreter: _____                   Probation Officer: Allison Lupo

Assistant U.S. Attorney: Robert Livergood
Defendant Attorney(s): Daniel Juengel

- [✓] Defendant/Parties present for imposition of sentence
- [✓] Presentence Report adopted/accepted by Court as findings of fact   [✓] PSR filed under seal
- [ ] Government's Motion is [ ] granted [ ] denied
- [ ] No Objections to Presentence report filed by either party.
- [✓] Objections to Presentence report filed by [✓] defendant [ ] government.
- [✓] Objections to Presentence report heard and [ ] granted as follows: [ ] denied as follows: resolved between the parties.

- [✓] Sentence imposed (see judgment)
- [ ] Count(s) _____ dismissed on motion of AUSA
- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [ ] Defendant remanded to custody of the USMS
- [ ] Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS   [ ] Surrender date _____
- [ ] Defendant is released on Probation pending processing by USMS
- [✓] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney.
- [✓] Witness testimony (see witness list)
- [ ] Exhibits returned to and retained by counsel (see exhibit list)
- [ ] Letters received on behalf of defendant received and reviewed by the Court, and to be made part of the record and Filed Under Seal.

Proceedings commenced 3:29 p.m.   Concluded 4:31 p.m.